UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAISA DANILOVA, | Case No. 1:25-cv-378 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge James E. Grimes, Jr. |
| DESIGNED RECEIVABLE SOLUTIONS, INC., *et al.*, | |
| Defendants. | |

## OPINION AND ORDER

Plaintiff Raisa Danilova filed a complaint against three Defendants alleging violations of the Fair Debt Collections Practices Act.  (ECF No. 1.)  On May 20, 2025, Plaintiff moved to dismiss Defendant Experian Information Solutions, Inc. with prejudice.  (ECF No. 7.)  On July 9, 2025, Plaintiff moved to dismiss Defendant Designed Receivable Solutions, Inc. with prejudice.  (ECF No. 10.)  On July 31, 2025, Plaintiff filed a notice of dismissal as to Defendant Equifax Information Services, LLC.  (ECF No. 11.)

Rule 21 provides that the court may at any time, on just terms, add or drop a party.  Fed. R. Civ. P. 21.  Unless the parties agree otherwise, the Court generally drops a party under Rule 21 without prejudice.  *See Michaels Bldg. Co. v. Ameritrust Co. N.A.*, 848 F.2d 674, 682 (6th Cir. 1988).  Here, Plaintiff moves to dismiss Defendants Experian Information Solutions, Inc. and Designed Receivable Solutions, Inc. with prejudice.  (ECF No. 7, PageID #44; ECF No. 10, PageID #51.)  Dismissal of

a party under Rule 21 is committed to the sound discretion of the district court. *Hiller v. HSBC Fin. Corp.*, 589 F. App'x 320, 321 (6th Cir. 2015) (per curiam) (citing *Sutherland v. Michigan Dep't of Treasury*, 344 F.3d 603, 612 (6th Cir. 2003)).  Based on the Court's review of the record, and the failure of any party to object, the Court sees no reason not to dismiss Defendants Experian Information Solutions, Inc. and Designed Receivable Solutions, Inc. with prejudice.

Plaintiff filed a proposed notice of dismissal with prejudice for Defendant Equifax Information Services, LLC under Rule 41(a)(1)(A)(i). (ECF No. 11.) Because Equifax Information Services, LLC never appeared in the litigation, the notice is self-executing under the Rule.

For these reasons, the Court **DISMISSES** Defendant Equifax Information Services **WITH PREJUDICE**, **GRANTS** the motions **DISMISSING** Defendants Experian Information Solutions, Inc. and Designed Receivable Solutions, Inc. **WITH PREJUDICE** (ECF No. 7; ECF No. 10), and closes this case.

**SO ORDERED.**

Dated:  July 31, 2025

---

J. Philip Calabrese
United States District Judge
Northern District of Ohio